**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**PETER J. MESSITTE**                                                                                                6500 CHERRYWOOD LANE
**UNITED STATES DISTRICT JUDGE**                                                                  GREENBELT, MARYLAND  20770
                                                                                                                                      301-344-0632

MEMORANDUM

TO:        Counsel of Record

FROM:   Judge Peter J. Messitte

RE:        Hackett v. ADF Companies, LLC et al.
             Civil Case No. PJM 15-1688

DATE:   July 31, 2015

                                                                * * *

On July 29, 2015, the Court received a filing from counsel for Plaintiff Jamar Hackett styled "Notice of Filing Consent to Joint." ECF No. 12. The filing states that "[t]he following plaintiff(s) are hereby joined to the instant action by the filing of their signed Consent to Join form[.]" (emphasis added). The filing contains a signed Consent to Join from one Marko Blume.

The Court is aware of no authority holding that a potential collective action opt-in plaintiff may, by virtue of submitting such a filing, unilaterally join him or herself to an FLSA collective action, at least before the Court has considered and approved a Motion for Conditional Class Certification.

Accordingly, the Court construes this filing as a notice that this particular potential collective action plaintiff consents to be joined to instant action, should the Court in the future conditionally certify such a class.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

                                                                                                                   /s/
                                                                                                    PETER J. MESSITTE
                                                                                          UNITED STATES DISTRICT JUDGE

cc:       Court File